1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-19-00585-LHK-02 |
| Plaintiff, | **ORDER FOR REIMBURSEMENT OF COST OF COURT-APPOINTED COUNSEL AND CJA CONTRIBUTION ORDER** |
| vs. | |
| DIANE LYNN CROW, | |
| Defendant | |

DIANE LYNN CROW is a defendant in this criminal matter. The Court has found Defendant eligible for appointment of counsel under the Criminal Justice Act, 18 U.S.C. Section 3006(A), and has further found that Defendant is financially able to make partial payment for the representation,

IT IS HEREBY ORDERED:

Defendant will pay $250.00 (two hundred and fifty dollars) per month towards the cost of representation beginning January 10, 2020, and the same day each month thereafter, until the case is concluded or until further order of Court.

The check shall be made payable to "Clerk, United States District Court" and be mailed to: United States District Court, Attn: Clerk's Office, 280 S. First Street, Room 2112, San Jose, CA. 95113;  the above case number should be written on the memo line of the check.

When the case is concluded, the Court will hold a hearing to determine whether Defendant will be required to reimburse the Court for additional costs of the court-appointed legal representation herein.

IT IS SO ORDERED.

Dated:  12/5/19

Hon. Susan van Keulen
United States Magistrate Judge