ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Maya.Karwande@usdoj.gov

Attorneys for United States of America

FILED

Jan 24 2024

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> DIANE CROW, <br>     Defendant. | NO. 19-cr-585-HSG-2 <br><br> NOTICE OF DISMISSAL; ORDER |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment as to Diane Crow without prejudice.

DATED: January 24, 2024                                Respectfully submitted,

                                                                          ISMAIL J. RAMSEY
                                                                          United States Attorney


                                                                           /s/ Matthew Yelovich
                                                                          MATTHEW YELOVICH
                                                                          Deputy Chief, Criminal Division

**ORDER**

Leave is granted to the government to dismiss the indictment as to Diane Crow.

Date: 1/24/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge